Boston Blackie's
Skokie
8 week Cash flow

| | | W/E 11/29/2009 | W/E 12/6/2009 | W/E 12/13/2009 | W/E 12/20/2009 | W/E 12/27/2009 | W/E 1/3/2010 | W/E 1/10/2010 | W/E 1/17/2010 |
|---|---|---|---|---|---|---|---|---|---|
| Beginning Cash Balance: | | - | 26,811 | (356) | 20,540 | 4,052 | 34,818 | (2,742) | 24,682 |
| **Receipts:** | | | | | | | | | |
| Net Sales, F&B | | 47,900 | 48,207 | 48,221 | 48,165 | 48,123 | 48,179 | 48,172 | 48,160 |
| Comps & voids | 5.80% | 2,778 | 2,796 | 2,797 | 2,794 | 2,791 | 2,794 | 2,794 | 2,793 |
| Sales tax | 9.99% | 4,785 | 4,816 | 4,817 | 4,812 | 4,808 | 4,813 | 4,812 | 4,811 |
| Other | | | | | | | | | |
| Subtotal | | 55,464 | 55,819 | 55,835 | 55,770 | 55,722 | 55,787 | 55,779 | 55,764 |
| Gross Receipts | | 52,686 | 53,023 | 53,038 | 52,977 | 52,931 | 52,992 | 52,985 | 52,971 |
| **Disbursements:** | | | | | | | | | |
| COGS | 31.33% | 15,877 | 15,979 | 15,983 | 15,965 | 15,951 | 15,969 | 15,967 | 15,963 |
| Sales tax | | | | | | | | | |
| Subtotal | | 15,877 | 15,979 | 15,983 | 15,965 | 15,951 | 15,969 | 15,967 | 15,963 |
| **Labor** | | | | | | | | | |
| Payroll | | 4,202 | 27,541 | 4,202 | 27,541 | 4,202 | 27,541 | 4,202 | 27,541 |
| Taxes | | | | | | | | | |
| Benefits | | 494 | | | | 494 | | | |
| Bonus | | | | | 1,900 | | | | 1,900 |
| Subtotal | | 4,696 | 27,541 | 4,202 | 29,441 | 4,696 | 27,541 | 4,202 | 29,441 |
| **Facility** | | | | | | | | | |
| Rent/Mortgage | Fixed | | 16,927 | | | | 16,927 | | |
| Utilities | | | 3,850 | | | | 3,850 | | |
| R/E Taxes | | | | | | | | | |
| R&M | 1.05% | 530 | 533 | 534 | 533 | 533 | 533 | 533 | 533 |
| Subtotal | | 530 | 21,310 | 534 | 533 | 533 | 21,310 | 533 | 533 |
| **Variable Operating Exp** | | | | | | | | | |
| Cleaning supplies | 0.14% | 288 | | | | | 290 | | |
| Credit Card Disc | 1.90% | | 3,876 | | | | | 3,873 | |
| Kitchen supplies | 0.03% | 16 | 16 | 16 | 16 | 16 | 16 | 16 | 16 |
| Linen | 0.87% | 1,766 | | | | | 1,776 | | |
| Paper supplies | 0.86% | 1,735 | | | | | 1,745 | | |
| Other | 0.70% | 355 | 357 | 357 | 357 | 356 | 357 | 357 | 357 |
| Subtotal | | 4,160 | 4,250 | 373 | 373 | 373 | 4,184 | 4,247 | 373 |
| **Fixed Operating Expense** | | | | | | | | | |
| Equipment Lease | | | 10,498 | | | | 10,498 | | |
| Garbage | | | | | 3,400 | | | | 3,400 |
| Liab Ins | | | | | | | | | |
| Pest Control | | | | | | | | | |
| Other | | 612 | 612 | 612 | 612 | 612 | 612 | 612 | 612 |
| Subtotal | | 612 | 11,110 | 612 | 4,012 | 612 | 11,110 | 612 | 4,012 |
| **Non-Operating** | | | | | | | | | |
| Interest | | | | | | | | | |
| Management Fee | 0.0% | | | | | | | | |
| Sales tax | | | | | 19,141 | | | | 19,230 |
| Subtotal | | - | - | - | 19,141 | - | - | - | 19,230 |
| **Extra-Ordinary Items** | | | | | | | | | |
| Loan principal | | | 10,438 | 10,438 | | | 10,438 | | |
| A/P reduction | | | | | | | | | |
| Other | | | | | | | | | |
| Subtotal | | - | 10,438 | 10,438 | - | - | 10,438 | - | - |
| Cash Sources / (Uses) | | 26,811 | (27,167) | 20,896 | (16,488) | 30,767 | (37,560) | 27,424 | (16,581) |
| Ending Cash Balance: | | 26,811 | (356) | 20,540 | 4,052 | 34,818 | (2,742) | 24,682 | 8,101 |



EXHIBIT 1