Case 09-44734    Doc 4-3    Filed 11/25/09    Entered 11/25/09 11:09:50    Desc  Rule
9011 Emergency Motion Certification    Page 1 of 1

4595003-RRB

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | In Chapter 11 |
| | ) | Case No.   09 B 44734 |
| BOSTON BLACKIES OF SKOKIE, INC., | ) | Honorable Jack B. Schmetterer |
| | ) | |
| | ) | |
| Debtor and Debtor-In-Possession | ) | |

**RULE 9011 CERTIFICATION REGARDING REQUEST FOR EMERGENCY HEARING**

I hereby certify, as a member of the Bar of this Court, that I have carefully examined this matter, that this matter is properly brought as an emergency motion as defined in Local Bankruptcy Rule 5096-1, and that there is a true necessity for an emergency hearing.

I certify further that the necessity for this emergency hearing has not been caused by any lack of due diligence or intentional action or failure to act on my part or by my client, but has been brought about only by the circumstances of this case.

I certify further that I have made a bona fide effort to resolve this matter without a hearing.



                                                                                                Eileen M. Sethna

Robert R. Benjamin (ARDC # 0170429)
Beverly A. Berneman (ARDC # 06189418)
Eileen M. Sethna (ARDC #6276640)
QUERREY & HARROW, LTD.
Attorneys for Debtor
175 West Jackson Boulevard, Suite 1600
Chicago, Illinois  60604
312-540-7000