IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | In Chapter 11 |
| | ) | Case No.   09 B 44734 |
| **BOSTON BLACKIES OF SKOKIE, INC.** | ) | Honorable Jack B. Schmetterer |
| | ) | |
| Debtor and Debtor-In-Possession | ) | Motion Date:  November 25, 2009 |
| | ) | Motion Time: 1:30 p.m. |

## NOTICE OF EMERGENCY MOTION

To:    See attached service list

PLEASE TAKE NOTICE THAT on November 25, 2009, at the hour of 1:30 p.m., an **EMERGENCY MOTION FOR AN ORDER PURSUANT TO 11 U.S.C. §105, 345 AND 363 AUTHORIZING CONTINUED MAINTENANCE OF EXISTING BANK ACCOUNTS AND CONTINUED USE OF EXISTING BUSINESS FORMS**, shall be heard by the Honorable Jack B. Schmetterer of the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division, in Room 682 at 219 South Dearborn Street, Chicago, Illinois 60604.  A copy of same is attached hereto and thereby served upon you.  You may appear if you so see fit.

QUERREY & HARROW, LTD.

## AFFIDAVIT OF SERVICE

I, Eileen M. Sethna, an attorney certify that I caused the foregoing Notice of Motion to be served upon the persons named in the attached service list via facsimile on November 25, 2009.

/s/ *Eileen M. Sethna*

QUERREY & HARROW, LTD.
Attorneys for Debtor
175 West Jackson Boulevard, Suite 1600
Chicago, Illinois  60604
312-540-7000

**SERVICE LIST**

William T. Neary
United States Trustee
219 S. Dearborn, #873
Chicago, IL 60604
Fax: 312-886-5794

Ronald R. Peterson
Jenner & Block LLP
330 N Wabash Ave, 38th Flr
Chicago, IL 60611
Fax: 312-840-7381

Internal Revenue Service
Associate Area Counsel, SB/SE
200 W Adams St, Suite 2300
Chicago, IL 60606
Fax: 312-368-8712

Internal Revenue Service
Mail Stop 5010 CHI
230 S Dearborn St
Chicago, IL 60604
Fax: 312-368-8712

D. Patrick Mullarkey, Tax Division (DOJ)
PO Box 55
555 4th Street NW, Room 7804
Washington, DC 20044
Fax: 202-514-5238

United States Attorney
219 S. Dearborn Street
Chicago, IL 60604
Fax: 312-353-2067

IL Dept. of Employment Security
33 S. State Street
Chicago, IL 60603
Fax: 312-793-9834

Illinois Department of Revenue
101 W Jefferson St
Springfield, IL 62702
Fax: 312-814-1402

G.E. Capital Corp.
c/o Todd B. Jones
8377 E. Hartford Drive, Ste 200
Scottsdale, AZ 85255
Fax: 480-563-6945

RBS Citizens, NA d/b/a Charter One
c/o Thomas M. Lombardo
Riemer & Braunstein, LLC
71 S. Wacker Dr, Ste 3515
Chicago, IL 60606
Fax: 312-780-1212

A New Dairy, Inc.
1234 W. Randolph
Chicago, IL 60607
Fax: 312-243-9860

Alpha Baking
4545 Lyndale
Chicago, IL 60639
Fax: 847-564-9525

ALSCO
2641 S. Leavitt
Chicago, IL 60608
Fax: 773-579-1325

Boston Blackies Mgmt, Inc.
801 W Adams St, Ste 201
Chicago, IL 60607
Fax: 312-627-0250

2

Boston Blackies Properties II, LLC
801 W Adams St, Ste 201
Chicago, IL 60607
Fax: 312-627-0250

Champion Energy
PO Box 3115
Houston, TX 77253-3115
Fax: 713-366-8822

Mark Solomon Ltd.
PO Box 934
Northbrook, IL 60065-0934
Fax: 847-564-2837

Walter J. Jr. Inc.
2441 E Seminary Ave
Des Plaines, IL 60016
Via FedEx Overnight

Unique Food Equipment
10520 Indianapolis Ave
Chicago, IL 60617

Versa Foods, Inc.
320 W Gerri Lane
Addison, IL 60101-5012
Fax: 630-628-9292

Citizen's Bank & Trust
Peter Wais, President
5700 North Centroal Ave.
Chicago 60606
Fax: 773-631-3478

Carson's
612 N Wells
Chicago, IL 60610
Fax: 312-280-7872

Donna Giannis
801 W Adams St, Ste 201
Chicago, IL 60607
Fax: 312-627-0250

TriMark Marlinn
6100 W. 73rd St, Ste 1
Bedford Park, IL 60638
Fax: 708-563-2544

Washington Mutual
c/o JP Morgan Chase Bank
PO Box 660022
Dallas, TX 75266
Fax: 866-699-0618

US Food
PO Box 98045
Chicago, IL 60693
Fax: 630-496-4303

QuickLease
Attention: Dennis Miller, Portfolio Manager
655 Business Center Drive, Suite 250
Horsham, PA 19044
Fax: 267-960-2650

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | In Chapter 11 |
| | ) | Case No.  09 B 44734 |
| BOSTON BLACKIES OF SKOKIE, INC., | ) | Honorable Jack B. Schmetterer |
| | ) | |
|     Debtor and Debtor-In-Possession | ) | Motion Date: November 25, 2009 |
| | ) | Motion Time: 1:30 p.m. |

**EMERGENCY MOTION FOR AN ORDER PURSUANT TO 11 U.S.C. §105, 345
AND 363 AUTHORIZING CONTINUED MAINTENANCE
OF EXISTING BANK ACCOUNTS AND CONTINUED
<u>USE OF EXISTING BUSINESS FORMS</u>**

Debtor, BOSTON BLACKIES OF SKOKIE, INC., by and through its attorneys, QUERREY & HARROW, LTD., moves this Court for an order, pursuant to sections §§ 105, 345 and 363 of Title 11 of the United States Code (the "Bankruptcy Code") authorizing continued use of existing bank accounts. In support of this motion, Debtor respectfully represents as follows:

### BACKGROUND

A.    <u>The Chapter 11 Case</u>

1.    On November 25, 2009, (the "Petition Date"), the Debtor filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code. Debtor now operates its business as a Debtor in Possession pursuant to §1107(a) and §1109 of the Bankruptcy Code.

2.    No creditors' committee has been appointed in this case.

3.    Simultaneously with the filing of this case, the following affiliated cases were filed:

| | |
|---|---|
| Boston Blackies of Arlington Heights, LLC | Case No. 09-B-44654 |
| Boston Blackies of Naperville, LLC | Case No. 09-B-44655 |
| Boston Blackies of Lake Cook Plaza, Inc. | Case No. 09-B-44649 |
| Boston Blackies of Riverside Plaza, Inc. | Case No. 09-B-44646 |

| | |
|---|---|
| Boston Blackies of Winnetka, Inc. | Case No. 09-B-44652 |
| Boston Blackies Management Inc. | Case No. 09-B-44643 |
| 164 Grand, Inc. | Case No. 09-B-44658 |
| Boston Blackies of Lincoln Park, LLC | Case No. 09-B-44734 |

4. This Court has jurisdiction of this Motion pursuant to 28 U.S.C. §§157 and 1134. Venue is proper pursuant to 28 U.S.C. §§1408 and 1409. The subject matter of this motion is a core proceeding pursuant to 28 U.S.C. §157(b)(2).

5. The statutory predicates for requested relief are §§105, 345 and 363 of the Bankruptcy Code.

B. Background and Current Business Operations

6. Debtor operates a restaurant featuring American style food. Debtor is part of a restaurant chain that operates in the Chicagoland area.

7. The Debtor's restaurant chain is primarily owned by various members of a family who is well known in the area for operating quality restaurants.

**RELIEF REQUESTED**

8. By this motion, Debtor seeks an ordering authorizing it to maintain its existing bank accounts and to use its existing business forms.

**BASIS FOR RELIEF REQUESTED**

9. Debtor's business and financial affairs involve the receipt and deposit of payments from credit card companies. These receipts are the primary source of Debtor's operating funds. Debtor maintains a bank account with Citizens Bank and Trust for receipt of the credit card payments (Account No.10007771).

10. The Office of the Untied States Trustee has established certain operating guiltiness for debtors-in-possession in order to supervise the administration of Chapter 11 cases. These guidelines require Chapter 11 debtors to, among other things, (a) close all existing bank accounts and open new debtor-in-possession bank accounts, (b) establish one debtor-in-possession account for all estate monies required for payment of taxes, including payroll taxes, (c) maintain a separate account for cash collateral; and (d) obtain checks for all debtor-in-possession account which bears the designation "Debtor-in-Possession", the bankruptcy case number and the type of accounts.

11. Debtor seeks waiver of the requirements that the bank account be closed and a new post-petition bank account be opened. If enforced in this case, the requirements will cause enormous disruption in the Debtor's business as well as the business of its affiliated debtors.

12. In other cases of this size, it has been recognized that the strict enforcement of bank account closing requirements does not serve the rehabilitative purpose of chapter 11. Accordingly, courts in other major cases have waived such requirements and replaced them with alternative procedures that provide the same protections. *See, e.g., Comdisco, Inc.*, Case No. 01-24795 (RB) (Bankr. N.D. Ill. July 17, 2001); *Outboard Marine Corp.*, Case No. 00-37405 (EIK) (Bankr.N.D.Ill Dec. 22, 2000); *SourceOne Wireless, Inc.,* Case No. 99-13841 (ERW) (Bankr. N.D.Ill. Feb 1, 2000); *Ben Franklin Retail Source, Inc.* Case No. 96-19482 (RB) (Bankr. N.D. Ill. July 26, 1996); *Envirodyne Industries, Inc.*, Case No. 93-00319 (JDS) (Bankr.N.D.Ill. January 1, 1993); *In re The Singer Company N.V. et al.,* Case Nos. 99-10578 through 99-10607 (BRL), 99-10613 (BRL), 99-10616 through 99-10629 (BRL) and 00-10423 (BRL) (Bankr. S.D.N.Y. Sept. 15, 1999); *In re Venture Stores, Inc.,* No. 98-101 (D.Del. January 20, 1998) (Judge McKelvie); *In re The Elder-Beerman Stores Corp., et al.,* No. 95-33643, (Bankr. S.D.

Ohio October 17, 1995) (Judge Clark); *In re Gantos, Inc.,* No. 56 93-85478 (Bankr. W.D. Mich. November 12, 1993) (Judge Stevenson).

13. Accordingly, in order to avoid delays in payments to administrative creditors, to ensure as smooth a transition into chapter 11 as possible with minimal disruption, and to aid in the Debtor's efforts to successfully and rapidly complete these cases, it is important that the Debtor be permitted to continue to maintain its existing Bank Accounts.

14. In sum, subject to the prohibition against honoring prepetition checks without specific authorization form this Court, the Debtor requests that the Bank Accounts be deemed a debtor-in-possession account and its maintenance and continued use, in the same manner wand with the same account numbers, styles and document forms as those employed during the prepetition period, be authorized.

15. In order to minimize expenses to its estate, the Debtor also request that it be authorized to continue to use all correspondence, business forms (including, but not limited to, letterheads, purchase orders, and invoices) and checks existing immediately prior to the Petition Date without reference to the Debtor's status as a debtor-in-possession.

16. Changing correspondence and business forms would be expensive, unnecessary, and burdensome to the Debtor's estate and disruptive to the Debtor's business operations and would not confer any benefit upon those dealing with the Debtor. For these reasons, the Debtor requests that it be authorized to use existing checks and business forms without being required to place the label "Debtor-in-Possession" on each.

17. Court in other major cases have routinely granted the same or similar relief to chapter 11 debtors. *See, e.g., Comdisco, Inc.,* Case No. 01-24795 (RB) (Bankr. N.D. Ill. July 17, 2001); *Outboard Marine Corporation,* Case No. 00-37405 (EIK) (Bankr. N.D. Ill. Dec. 22,

2000); *SourceOne Wireless, Inc.,* Case No. 99-13841 (ERW) (Bankr. N.D. Ill. Feb 1, 2000); *Ben Franklin Retail Stores, Inc.*, Case No. 96-19482 (RB) (Bankr. N.D. Ill. July 26, 1996); *Envirodyne Industries, Inc.*, Case No. 93-00319 (JDS) (Bankr.N.D.Ill. January 1, 1993); *In re The Singer Company N.V. et al.,* Case Nos. 99-10578 through 99-10607 (BRL), 99-10613 (BRL), 99-10616 through 99-10629 (BRL) and 00-10423(BRL) (Bankr. S.D.N.Y. Sept. 15, 1999); *In re ATC Group Services Inc., et al.,* Case Nos. 99-10437 through 99-10444 (JHG) (Bankr. S.D.N.Y); *In re Venture Stores, Inc.,* No. 98-101 (D.Del. January 20, 1998)(Judge McKelvie); *In re The Elder-Beerman Stores Corp., et al.,* No. 95-33643, (Bankr. S.D. Ohio October 17, 1995) (Judge Clark); *In re Gantos, Inc.,* No. 56 93-85478 (Bankr. W.D. Mich. November 12, 1993) (Judge Stevenson).

WHEREFORE, the Debtor respectfully requests that this Court enter an order:

(A) Authorizing continued maintenance of existing bank account with Citizens Bank and Trust; and

(B) Authorizing continued use of existing business forms; and

(C) For such other relief as this Court deems just and proper.

BOSTON BLACKIES OF
SKOKIE, INC.

By:/s/ *Eileen M. Sethna*
One of its attorneys

Robert R. Benjamin (ARDC #0170429)
Beverly A. Berneman (ARDC # 06189418)
Eileen M. Sethna (ARDC # 6276640)
QUERREY & HARROW, LTD.
175 W. Jackson Blvd., Suite 1600
Chicago, IL 60604