# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | In Chapter 11 |
| | ) | Case No.   09 B 44734 |
| BOSTON BLACKIES OF SKOKIE, INC. | ) | Honorable Jack B. Schmetterer |
| | ) | |
| Debtor and Debtor-In-Possession | ) | Motion Date:  November 25, 2009 |
| | ) | Motion Time: 1:30 p.m. |

### ORDER PURSUANT TO 11 U.S.C. §105, 345
### AND 363 AUTHORIZING CONTINUED MAINTENANCE
### OF EXISTING BANK ACCOUNTS AND CONTINUED
### USE OF EXISTING BUSINESS FORMS

THIS CAUSE COMING ON TO BE HEARD on motion of Debtor, BOSTON BLACKIES OF SKOKIE, INC., by and through its attorneys, QUERREY & HARROW, LTD., for entry of an order, pursuant to sections §§105, 345 and 363 of Title 11 of the United States Code (the "Bankruptcy Code") authorizing continued use of existing bank accounts and business forms and the Court being duly advised in the premises:

IT IS HEREBY ORDERED that:

1.   Debtor is authorized to continue use of its existing bank account number 10007771 with Citizens Bank; and

2   Debtor is authorized to continue use of existing business forms and checks with Citizens Bank.

DATED: NOV 2 5 2009

_____
U.S. Bankruptcy Judge

QUERREY & HARROW, LTD.
175 W. Jackson Blvd., Suite 1600
Chicago, IL 60604
312-540-7000