UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re:                                              §
                                                    §
BOSTON BLACKIES OF SKOKIE, INC.                     §      Case No. 09-44734
                                                    §
                    Debtor(s)                       §

TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter     of the United States Bankruptcy Code was filed on
       . The case was converted to one under Chapter 7 on                  . The
undersigned trustee was appointed on                  .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                    $

   Funds were disbursed in the following amounts:

   Payments made under an interim
   disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]           $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____ [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____   By:/s/BRENDA PORTER HELMS, TRUSTEE_____
                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 1
Exhibit A

| Case No: | 09-44734 | Judge: JACK B. SCHMETTERER | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|
| Case Name: | BOSTON BLACKIES OF SKOKIE, INC. | | Date Filed (f) or Converted (c): | 11/12/10 (c) |
| | | | 341(a) Meeting Date: | 12/15/10 |
| For Period Ending: | 07/14/14 | | Claims Bar Date: | 10/03/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. CASH ON HAND | 500.00 | 0.00 | | 0.00 | FA |
| 2. BANK ACCOUNTS | 12,963.00 | 0.00 | | 33,485.42 | FA |
| 3. SECURITY DEPOSITS | 1,565.00 | 0.00 | | 0.00 | FA |
| 4. ACCOUNTS RECEIVABLE | 300.00 | 0.00 | | 0.00 | FA |
| 5. LICENSES | 3.00 | 0.00 | | 0.00 | FA |
| 6. OFFICE EQUIPMENT, FURNISHINGS, AND | 6,019.00 | 0.00 | | 0.00 | FA |
| 7. MACHINERY, FIXTURES, AND BUSINESS E | 73,600.00 | 0.00 | | 0.00 | FA |
| 8. INVENTORY | 30,891.00 | 0.00 | | 3,278.91 | FA |
| 9. Post-Petition Interest Deposits (u) | Unknown | 0.00 | | 5.43 | FA |
| 10. Accounts receivable from Boston Blackies Mgmt. (u) | 197,639.27 | 0.00 | | 0.00 | FA |
| TOTALS (Excluding Unknown Values) | $323,480.27 | $0.00 | | $36,769.76 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee is reviewing claims filed

Initial Projected Date of Final Report (TFR): 12/30/14   Current Projected Date of Final Report (TFR): 12/30/14

LFORM1   UST Form 101-7-TFR (5/1/2011) *(Page: 3)*                                                                 Ver: 18.00a

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: | 09-44734 -JS |
| Case Name: | BOSTON BLACKIES OF SKOKIE, INC. |
| Taxpayer ID No: | *******4243 |
| For Period Ending: | 06/11/14 |

| | |
|---|---|
| Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******1251 Checking - Non Interest |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/14/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 36,583.96 | | 36,583.96 |
| 02/15/13 | 010001 | International Sureties Ltd | Bond #016026455 | 2300-000 | | 32.74 | 36,551.22 |
| 02/15/14 | 010002 | International Sureties Ltd | Bond premiun bond #016026455 | 2300-000 | | 34.73 | 36,516.49 |
| | | 701 Polydras St.  #420 | | | | | |
| | | New Orleans LA 70139 | | | | | |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | | 36,583.96 | 67.47 | 36,516.49 |
| Less:  Bank Transfers/CD's | | 36,583.96 | 0.00 | |
| Subtotal | | 0.00 | 67.47 | |
| Less:  Payments to Debtors | | | 0.00 | |
| Net | | 0.00 | 67.47 | |

Page Subtotals　　36,583.96　　67.47

UST Form 101-7-TFR (5/1/2011) *(Page: 4)*

LFORM24

Ver: 18.00

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

Exhibit B

| Case No: | 09-44734 -JS | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| --- | --- | --- | --- | --- |
| Case Name: | BOSTON BLACKIES OF SKOKIE, INC. | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******5770  Money Market - Interest Bearing |
| Taxpayer ID No: | *******4243 | | | |
| For Period Ending: | 06/11/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/05/11 | 2 | Boston Blackies | turnover from chapter 11 case | 1129-000 | 19,932.75 | | 19,932.75 |
| 03/05/11 | 2 | Boston Blackies of Skokie | turnover of chapter 11 funds | 1129-000 | 13,552.67 | | 33,485.42 |
| 03/31/11 | 9 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.20 | | 33,485.62 |
| 04/29/11 | 9 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.27 | | 33,485.89 |
| 05/31/11 | 9 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.29 | | 33,486.18 |
| 06/30/11 | 9 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.28 | | 33,486.46 |
| 07/18/11 | 8 | Boston Blackies of Lake Cook | sale/transfer of liquor at closing | 1129-000 | 3,278.91 | | 36,765.37 |
| 07/29/11 | 9 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.29 | | 36,765.66 |
| 08/31/11 | 9 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.31 | | 36,765.97 |
| 09/30/11 | 9 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.30 | | 36,766.27 |
| 10/31/11 | 9 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.31 | | 36,766.58 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 46.84 | 36,719.74 |
| 11/30/11 | 9 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.30 | | 36,720.04 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 45.27 | 36,674.77 |
| 12/30/11 | 9 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.31 | | 36,675.08 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 45.22 | 36,629.86 |
| 01/31/12 | 9 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.31 | | 36,630.17 |
| 02/29/12 | 9 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.29 | | 36,630.46 |
| 02/29/12 | 000101 | Intrenational Sureties Ltd. | Trustee bond | 2300-000 | | 48.47 | 36,581.99 |
| 03/30/12 | 9 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.30 | | 36,582.29 |
| 04/30/12 | 9 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.31 | | 36,582.60 |
| 05/31/12 | 9 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.31 | | 36,582.91 |
| 06/29/12 | 9 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.29 | | 36,583.20 |
| 07/31/12 | 9 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.32 | | 36,583.52 |
| 08/31/12 | 9 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.31 | | 36,583.83 |
| 09/14/12 | 9 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.13 | | 36,583.96 |
| 09/14/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 36,583.96 | 0.00 |

Page Subtotals    36,769.76    36,769.76

FORM 2

Page: 3

Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 09-44734 -JS |
| Case Name: | BOSTON BLACKIES OF SKOKIE, INC. |
| Taxpayer ID No: | *******4243 |
| For Period Ending: | 06/11/14 |

| | |
|---|---|
| Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******5770 Money Market - Interest Bearing |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 36,769.76 | 36,769.76 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 36,583.96 | |
| | | | Subtotal | | 36,769.76 | 185.80 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 36,769.76 | 185.80 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking - Non Interest - ********1251 | 0.00 | 67.47 | 36,516.49 |
| Money Market - Interest Bearing - ********5770 | 36,769.76 | 185.80 | 0.00 |
| | 36,769.76 | 253.27 | 36,516.49 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Trustee's Signature: /s/ BRENDA PORTER HELMS, TRUSTEE  Date: 06/11/14
BRENDA PORTER HELMS, TRUSTEE

Page Subtotals  0.00  0.00

LFORM24  UST Form 101-7-TFR (5/1/2011) *(Page: 6)*  Ver: 18.00

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: July 14, 2014 |

Case Number: 09-44734  
Debtor Name: BOSTON BLACKIES OF SKOKIE, INC.

Priority Sequence

| Code # | Creditor Name & Address | Claim Class / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|
| 23<br>001<br>2950-00 | US Trustee<br>Office of the US Trustee, Region 11<br>219 S. Dearborn St.<br>Room 873<br>Chicago, IL 60604 | Administrative | $14,300.00 | $0.00 | $14,300.00 |
| 8<br>001<br>2820-00 | Illinois Dept of Employment Security<br>33 South State Street<br>Chicago, IL 6063<br>Attn: Bankruptcy Unit - 10th Floor | Administrative<br>Amended to $0.00 5/1/14 | $0.00 | $0.00 | $0.00 |
| | Subtotal for Priority 001 | | $14,300.00 | $0.00 | $14,300.00 |
| 002<br>6410-00 | Prudential Tax | Administrative<br>Per Order 5/20/10 | $17,535.00 | $0.00 | $17,535.00 |
| 002<br>6710-00 | Mark Solomon | Administrative<br>Per Order 9/16/10 | $13,707.50 | $0.00 | $13,707.50 |
| 002<br>6710-00 | COACTIVE CAPITAL PARTNERS | Administrative<br>Per Order 10/29/10 | $20,876.10 | $0.00 | $20,876.10 |
| 002<br>6210-16 | QUERRY & HARROW | Administrative<br>Per Orders 5/17/10 and 9/16/10; per order 5/17/10, Q&H applied retainer $8,880 to fees awarded; claim for unpaid balance | $22,340.00 | $0.00 | $22,340.00 |
| 002<br>6220-17 | QUERRY & HARROW | Administrative<br>Per orders 5/17/10 and 9/16/10 | $1,220.81 | $0.00 | $1,220.81 |
| | Subtotal for Priority 002 | | $75,679.41 | $0.00 | $75,679.41 |
| 10<br>050<br>4800-00 | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, IL 60664-0338 | Secured | $21,234.62 | $0.00 | $21,234.62 |
| 12<br>050<br>4800-00 | Illinois Dept. of Employment Security<br>33 South State Street<br>Chicago, IL 60603<br>Attn: Bankruptcy Unit - 10th Floor | Secured | $9,689.10 | $0.00 | $9,689.10 |
| 16<br>050<br>4300-00 | Department of Treasury<br>Internal Revenue Service<br>P.O. Box 21126<br>Philadelphia, PA 19114 | Secured | $55,608.15 | $0.00 | $55,608.15 |
| 20<br>050<br>4210-00 | CoActive Capital Partners, Inc.<br>Deeb, Petrakis, Blum & Murphy<br>1601 Market St., Suite 2600<br>Philadelphia, PA 19103 | Secured | $0.00 | $0.00 | $0.00 |

| | | EXHIBIT C | | | |
|---|---|---|---|---|---|
| Page 2 | | ANALYSIS OF CLAIMS REGISTER | | | Date: July 14, 2014 |

Case Number: 09-44734  
Debtor Name: BOSTON BLACKIES OF SKOKIE, INC.

Priority Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | Subtotal for Priority 050 | | | $86,531.87 | $0.00 | $86,531.87 |
| 1<br>058<br>5800-00 | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, IL 60664-0338 | Priority | | $39,820.00 | $0.00 | $39,820.00 |
| 10B<br>058<br>5800-00 | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, IL 60664-0338 | Priority | | $76,547.44 | $0.00 | $76,547.44 |
| 11<br>058<br>5800-00 | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, IL 60664-0338 | Priority | | $45,496.78 | $0.00 | $45,496.78 |
| 12B<br>058<br>5800-00 | Illinois Dept. of Employment Security<br>33 S. State St.<br>Chicago, IL 60603<br>Attn: Bankruptcy Unit-10th Floor | Priority | | $27,414.89 | $0.00 | $27,414.89 |
| 16B<br>058<br>5800-00 | Dept. of Treasury<br>Internal Revenue Service<br>P.O. Box 21126<br>Philadelphia, PA  19114 | Priority | | $320,739.23 | $0.00 | $320,739.23 |
| 18<br>058<br>5800-00 | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, IL 60664-0338 | Priority | Claim withdrawn 4/8/10 | $0.00 | $0.00 | $0.00 |
| 22<br>058<br>5800-00 | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, IL 60664-0338 | Priority | | $17,054.14 | $0.00 | $17,054.14 |
| 28<br>058<br>5800-00 | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, IL 60664-0338 | Priority | | $23,115.00 | $0.00 | $23,115.00 |
| | Subtotal for Priority 058 | | | $550,187.48 | $0.00 | $550,187.48 |
| 10C<br>070<br>7100-00 | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, IL 60664-0338 | Unsecured | | $8,237.96 | $0.00 | $8,237.96 |
| 11B<br>070<br>7100-00 | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, IL 60664-0338 | Unsecured | | $4,379.74 | $0.00 | $4,379.74 |

| | | EXHIBIT C | | |
|---|---|---|---|---|
| Page 3 | | ANALYSIS OF CLAIMS REGISTER | | Date: July 14, 2014 |

Case Number: 09-44734  
Debtor Name: BOSTON BLACKIES OF SKOKIE, INC.

Priority Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 12C 070 7100-00 | Illinois Dept. of Employment Security<br>33 S. State St.<br>Chicago, IL 60603<br>Attn: Bankruptcy Unit - 10th Floor | Unsecured | | $520.00 | $0.00 | $520.00 |
| 13 070 7100-00 | Rally Capital Services, LLC<br>350 N. LaSalle St.<br>Suite 1100<br>Chicago, IL 60654 | Unsecured | | $60,650.00 | $0.00 | $60,650.00 |
| 14 070 7100-00 | Vienna Beef Ltd.<br>2501 N. Damen Ave.<br>Chicago, IL 60647<br>Attn: Kevin Anderson | Unsecured | | $2,395.12 | $0.00 | $2,395.12 |
| 15 070 7100-00 | Mark Solomon, Ltd.<br>P.O. Box 934<br>Northbrook, IL 60065-0934 | Unsecured | | $34,725.50 | $0.00 | $34,725.50 |
| 16C 070 7100-00 | Dept. of Treasury<br>Internal Revenue Service<br>P.O. Box 21226<br>Philadelphia PA 19114 | Unsecured | | $2,670.00 | $0.00 | $2,670.00 |
| 17 070 7100-00 | Alpha Baking<br>5001 W. Polk St.<br>Chicago, IL 60644 | Unsecured | | $11,180.44 | $0.00 | $11,180.44 |
| 19 070 7100-00 | RBS Citizens, NA dba Charter One<br>c/o Riemer & Braunstein, LLP<br>71 S. Wacker Dr., Suite 3515<br>Chicago, IL 60606 | Unsecured | | $1,039,941.39 | $0.00 | $1,039,941.39 |
| 1B 070 7100-00 | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, IL 60664-0338 | Unsecured | | $4,434.00 | $0.00 | $4,434.00 |
| 2 070 7100-00 | TriMark Marlinn Inc.<br>Teller Levit & Silvertrust PC<br>11 E Adams St #800<br>Chicago, IL 60603 | Unsecured | | $31,323.08 | $0.00 | $31,323.08 |
| 21 070 7100-00 | Morgan & Bley, Ltd.<br>900 W. Jackson Blvd.<br>Suite 4 East<br>Chicago, IL 60607 | Unsecured | | $27,917.74 | $0.00 | $27,917.74 |
| 24 070 7100-00 | U.S. Foodservice, Inc.<br>c/o Saul Ewing LLP<br>1500 Market St., 38th Floor<br>Philadelphia, PA 19102<br>Attn: J. Hampton/M. Rand | Unsecured | | $11,886.65 | $0.00 | $11,886.65 |

| | | EXHIBIT C | | |
|---|---|---|---|---|
| Page 4 | | ANALYSIS OF CLAIMS REGISTER | | Date: July 14, 2014 |

Case Number: 09-44734  
Debtor Name: BOSTON BLACKIES OF SKOKIE, INC.  
Priority Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 25 070 7100-00 | Wirtz Beverage IL, Inc. P.O. Box 809180 Chicago, IL 60680-9180 | Unsecured | | $2,209.27 | $0.00 | $2,209.27 |
| 26 070 7100-00 | Supreme Lobster & Seafood Company 220 E. North Ave. Villa Park, IL 60181-1221 | Unsecured | | $3,161.43 | $0.00 | $3,161.43 |
| 27 070 7100-00 | Mark Solomon, Ltd. P.O. Box 934 Northbrook., IL 60065 | Unsecured | | $34,725.50 | $0.00 | $34,725.50 |
| 3 070 7100-00 | Southern Wine & Spirits 2971 Paysphere Circle Chicago, IL 60674-2971 | Unsecured | | $3,375.53 | $0.00 | $3,375.53 |
| 4 070 7100-00 | Wood Food Systems 19127 W. Casey Rd. Libertyville, IL 60048 | Unsecured | | $1,467.56 | $0.00 | $1,467.56 |
| 5 070 7100-00 | MacCarb 4616 W. Main St. West Dundee, IL 60118 | Unsecured | | $138.29 | $0.00 | $138.29 |
| 6 070 7100-00 | Sysco Chicago, Inc. c/o McMahan R. Sigunick Ltd. 412 S. Wells St., 6th Floor Chicago, IL 60607 | Unsecured | | $1,262,310.36 | $0.00 | $1,262,310.36 |
| 7 070 7100-00 | A New Dairy, Inc. 1234 W. Randolph Chicago, IL 60607 | Unsecured | | $10,506.02 | $0.00 | $10,506.02 |
| 9 070 7100-00 | Illinois Bell Telephone Co. c/o James Grudus, Esq. AT&T Serivces, Inc. One AT&T Way, Room 3A218 Bedminster, NJ 07921 | Unsecured | | $536.66 | $0.00 | $536.66 |
| | Subtotal for Priority 070 | | | $2,558,692.24 | $0.00 | $2,558,692.24 |
| BOND 999 2300-00 | Intrenational Sureties Ltd. | Administrative | | $115.94 | $115.94 | $0.00 |
| | | | 4437475770   02/29/12   101 | | 48.47 | |
| | | | 2223271251   02/15/13   10001 | | 32.74 | |
| | | | 2223271251   02/15/14   10002 | | 34.73 | |
| | Subtotal for Priority 999 | | | $115.94 | $115.94 | $0.00 |
| | Case Totals: | | | $3,285,506.94 | $115.94 | $3,285,391.00 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 09-44734
Case Name: BOSTON BLACKIES OF SKOKIE, INC.
Trustee Name: BRENDA PORTER HELMS, TRUSTEE

Balance on hand $

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 10 | Illinois Department of Revenue | $ | $ | $ | $ |
| 12 | Illinois Dept. of Employment Security | $ | $ | $ | $ |
| 16 | Department of Treasury | $ | $ | $ | $ |
| 20 | CoActive Capital Partners, Inc. | $ | $ | $ | $ |

Total to be paid to secured creditors $_____

Remaining Balance $_____

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BRENDA PORTER HELMS, TRUSTEE | $ | $ | $ |
| Trustee Expenses: BRENDA PORTER HELMS, TRUSTEE | $ | $ | $ |
| Fees: US Trustee | $ | $ | $ |
| Other: Intrenational Sureties Ltd. | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses  $_____

Remaining Balance  $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Accountant for Fees: Prudential Tax | $ | $ | $ |
| Other: COACTIVE CAPITAL PARTNERS | $ | $ | $ |
| Other: Mark Solomon | $ | $ | $ |
| Other: QUERRY & HARROW | $ | $ | $ |
| Other: QUERRY & HARROW | $ | $ | $ |

Total to be paid for prior chapter administrative expenses  $_____

Remaining Balance  $_____

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ _____ must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Illinois Department of Revenue | $ | $ | $ |
| 10B | Illinois Department of Revenue | $ | $ | $ |
| 11 | Illinois Department of Revenue | $ | $ | $ |
| 12B | Illinois Dept. of Employment Security | $ | $ | $ |
| 16B | Dept. of Treasury | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 18 | Illinois Department of Revenue | $ | $ | $ |
| 22 | Illinois Department of Revenue | $ | $ | $ |
| 28 | Illinois Department of Revenue | $ | $ | $ |

Total to be paid to priority creditors     $_____

Remaining Balance     $_____

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $          have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be      percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1B | Illinois Department of Revenue | $ | $ | $ |
| 2 | TriMark Marlinn Inc. | $ | $ | $ |
| 3 | Southern Wine & Spirits | $ | $ | $ |
| 4 | Wood Food Systems | $ | $ | $ |
| 5 | MacCarb | $ | $ | $ |
| 6 | Sysco Chicago, Inc. | $ | $ | $ |
| 7 | A New Dairy, Inc. | $ | $ | $ |
| 9 | Illinois Bell Telephone Co. | $ | $ | $ |
| 10C | Illinois Department of Revenue | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 11B | Illinois Department of Revenue | $ | $ | $ |
| 12C | Illinois Dept. of Employment Security | $ | $ | $ |
| 13 | Rally Capital Services, LLC | $ | $ | $ |
| 14 | Vienna Beef Ltd. | $ | $ | $ |
| 15 | Mark Solomon, Ltd. | $ | $ | $ |
| 16C | Dept. of Treasury | $ | $ | $ |
| 17 | Alpha Baking | $ | $ | $ |
| 19 | RBS Citizens, NA dba Charter One | $ | $ | $ |
| 21 | Morgan & Bley, Ltd. | $ | $ | $ |
| 24 | U.S. Foodservice, Inc. | $ | $ | $ |
| 25 | Wirtz Beverage IL, Inc. | $ | $ | $ |
| 26 | Supreme Lobster & Seafood Company | $ | $ | $ |
| 27 | Mark Solomon, Ltd. | $ | $ | $ |

Total to be paid to timely general unsecured creditors     $_____

Remaining Balance     $_____

Tardily filed claims of general (unsecured) creditors totaling $     have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be    percent.

Tardily filed general (unsecured) claims are as follows:

NONE

       Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $        have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be        percent.

       Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE