UNITED STATES BANKRUPTCY COURT
NORTHERN  DISTRICT OF  ILLINOIS

In re:                                        §
                                              §
BOSTON BLACKIES OF SKOKIE, INC.               §    Case No. 09-44734
                                              §
                                              §
            Debtor(s)                         §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

　　　　Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BRENDA PORTER HELMS, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

　　　　The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
　　　　　　　　　　CLERK  OF THE COURT
　　　　　　　　　　219 s. DEARBORN STREET
　　　　　　　　　　CHICAGO IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 08/28/2014 in Courtroom 682,
　　　　　　　　　　United States Courthouse
　　　　　　　　　　219 S. Dearborn Street
　　　　　　　　　　Chicago IL 60604
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 07/16/2014            By: CLERK  OF THE COURT

*BRENDA PORTER HELMS, TRUSTEE*
*3400 W. LAWRENCE AVENUE*
*CHICAGO, IL 60625*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
§
BOSTON BLACKIES OF SKOKIE, INC. §    Case No. 09-44734
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 36,769.76 |
| and approved disbursements of | $ | 253.27 |
| leaving a balance on hand of[1] | $ | 36,516.49 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---:|---:|---:|---:|
| 10 | Illinois Department of Revenue | $ 21,234.62 | $ 21,234.62 | $ 0.00 | $ 0.00 |
| 12 | Illinois Dept. of Employment Security | $ 9,689.10 | $ 9,689.10 | $ 0.00 | $ 0.00 |
| 16 | Department of Treasury | $ 55,608.15 | $ 55,608.15 | $ 0.00 | $ 0.00 |
| 20 | CoActive Capital Partners, Inc. | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

| | | |
|---|---|---:|
| Total to be paid to secured creditors | $ | 0.00 |
| Remaining Balance | $ | 36,516.49 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BRENDA PORTER HELMS, TRUSTEE | $ 4,426.98 | $ 0.00 | $ 4,426.98 |
| Trustee Expenses: BRENDA PORTER HELMS, TRUSTEE | $ 67.31 | $ 0.00 | $ 67.31 |
| Fees: US Trustee | $ 14,300.00 | $ 0.00 | $ 14,300.00 |
| Other: Intrenational Sureties Ltd. | $ 115.94 | $ 115.94 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses     $     18,794.29

Remaining Balance     $     17,722.20

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Accountant for Fees: Prudential Tax | $ 17,535.00 | $ 0.00 | $ 4,106.25 |
| Other: COACTIVE CAPITAL PARTNERS | $ 20,876.10 | $ 0.00 | $ 4,888.65 |
| Other: Mark Solomon | $ 13,707.50 | $ 0.00 | $ 3,209.95 |
| Other: QUERRY & HARROW | $ 22,340.00 | $ 0.00 | $ 5,231.46 |
| Other: QUERRY & HARROW | $ 1,220.81 | $ 0.00 | $ 285.89 |

Total to be paid for prior chapter administrative expenses     $     17,722.20

Remaining Balance     $     0.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 550,187.48 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Illinois Department of Revenue | $ 39,820.00 | $ 0.00 | $ 0.00 |
| 10B | Illinois Department of Revenue | $ 76,547.44 | $ 0.00 | $ 0.00 |
| 11 | Illinois Department of Revenue | $ 45,496.78 | $ 0.00 | $ 0.00 |

UST Form 101-7-NFR (5/1/2011) *(Page: 3)*

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 12B | Illinois Dept. of Employment Security | $ 27,414.89 | $ 0.00 | $ 0.00 |
| 16B | Dept. of Treasury | $ 320,739.23 | $ 0.00 | $ 0.00 |
| 18 | Illinois Department of Revenue | $ 0.00 | $ 0.00 | $ 0.00 |
| 22 | Illinois Department of Revenue | $ 17,054.14 | $ 0.00 | $ 0.00 |
| 28 | Illinois Department of Revenue | $ 23,115.00 | $ 0.00 | $ 0.00 |

Total to be paid to priority creditors  $ 0.00

Remaining Balance  $ 0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 2,558,692.24 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1B | Illinois Department of Revenue | $ 4,434.00 | $ 0.00 | $ 0.00 |
| 2 | TriMark Marlinn Inc. | $ 31,323.08 | $ 0.00 | $ 0.00 |
| 3 | Southern Wine & Spirits | $ 3,375.53 | $ 0.00 | $ 0.00 |
| 4 | Wood Food Systems | $ 1,467.56 | $ 0.00 | $ 0.00 |
| 5 | MacCarb | $ 138.29 | $ 0.00 | $ 0.00 |
| 6 | Sysco Chicago, Inc. | $ 1,262,310.36 | $ 0.00 | $ 0.00 |
| 7 | A New Dairy, Inc. | $ 10,506.02 | $ 0.00 | $ 0.00 |
| 9 | Illinois Bell Telephone Co. | $ 536.66 | $ 0.00 | $ 0.00 |
| 10C | Illinois Department of Revenue | $ 8,237.96 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 11B | Illinois Department of Revenue | $ 4,379.74 | $ 0.00 | $ 0.00 |
| 12C | Illinois Dept. of Employment Security | $ 520.00 | $ 0.00 | $ 0.00 |
| 13 | Rally Capital Services, LLC | $ 60,650.00 | $ 0.00 | $ 0.00 |
| 14 | Vienna Beef Ltd. | $ 2,395.12 | $ 0.00 | $ 0.00 |
| 15 | Mark Solomon, Ltd. | $ 34,725.50 | $ 0.00 | $ 0.00 |
| 16C | Dept. of Treasury | $ 2,670.00 | $ 0.00 | $ 0.00 |
| 17 | Alpha Baking | $ 11,180.44 | $ 0.00 | $ 0.00 |
| 19 | RBS Citizens, NA dba Charter One | $ 1,039,941.39 | $ 0.00 | $ 0.00 |
| 21 | Morgan & Bley, Ltd. | $ 27,917.74 | $ 0.00 | $ 0.00 |
| 24 | U.S. Foodservice, Inc. | $ 11,886.65 | $ 0.00 | $ 0.00 |
| 25 | Wirtz Beverage IL, Inc. | $ 2,209.27 | $ 0.00 | $ 0.00 |
| 26 | Supreme Lobster & Seafood Company | $ 3,161.43 | $ 0.00 | $ 0.00 |
| 27 | Mark Solomon, Ltd. | $ 34,725.50 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors          $          0.00

Remaining Balance          $          0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Brenda Porter Helms
Trustee

*BRENDA PORTER HELMS, TRUSTEE*
*3400 W. LAWRENCE AVENUE*
*CHICAGO, IL 60625*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                           United States Bankruptcy Court
                           Northern District of Illinois
In re:                                                                  Case No. 09-44734-JBS
Boston Blackies of Skokie, Inc.                                         Chapter 7
           Debtor
                                CERTIFICATE OF NOTICE
District/off: 0752-1          User: mmyers                 Page 1 of 4                  Date Rcvd: Jul 17, 2014
                              Form ID: pdf006              Total Noticed: 129


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 19, 2014.
db           +Boston Blackies of Skokie, Inc.,    801 W. Adams Street,    Suite 201,    Chicago, IL 60607-3035
14771259     +164 Grand Inc.,    801 West Adams Street,    Suite 201,    Chicago, IL 60607-3035
14771260     +A New Dairy, Inc,    1234 W. Randolph,    Chicago, IL 60607-1604
15150923     +ALPHA BANKING,    4545 LYNDALE,   CHICAGO IL 60639-3492
15150924     +AMBIUS INC,    730 LANDWEHR,   NORTHBROOK IL 60062-2310
14771261     +Adan Paz,    7513 N. Bell Avenue,    Chicago, IL 60645-1906
14771262     +Alpha Baking,    5001 W Polk St,    Chicago IL 60644-5249
14771263     +Alsco,    2641 S. Leavitt,   Chicago, IL 60608-5215
14771264     +Alsco Linen,    2641 S. Leavitt,    Chicago, IL 60608-5215
14771266     +Andres Perez,    620 Sheridan Rd,    Highwood, IL 60040-1053
14771267     +Angela Zagone,    4527 N. Ashland Ave,    Chicago, IL 60640-5471
14771268     +Arnulfo Luna,    1623 N Talman,   Chicago, IL 60647-6945
14771269      Ashley Payne,    1456 N Highland Apt 2A,    Chicago, IL 60660
15150922     +BOSTON BLACKIES OF LAKE COOK,    PLAZA,    405 LAKE COOK ROAD,    DEERFIELD IL 60015-4991
15150920     +BOSTON BLACKIES PROPERTIES I,    II, IV, INC,   801 WEST ADAMS ST STE 201,    CHICAGO IL 60607-3035
14771271      Bank of America,    PO Box 15220,    Wilmington, DE 19886-5220
14771272      Becker Dairy,    NW 5724 PO Box 1450,    Minneapolis, MN 55485-5724
14771273     +Boston Blackies Lake Cook Plaza Inc,     801 West Adams Street,    Suite 201,
               Chicago, IL 60607-3035
14771274     +Boston Blackies Management, Inc.,     801 West Adams Street,    Suite 201,    Chicago, IL 60607-3035
14771275     +Boston Blackies Mgmt, Inc.,    801 W. Adams St,    Suite 201,    Chicago, IL 60607-3035
14771276     +Boston Blackies Naperville LLC,    801 West Adams Street,    Suite 201,    Chicago, IL 60607-3035
14771281     +Boston Blackies Properties II, LLC,     222 E. Algonquin Rd,    Arlington Heights, IL 60005-4662
14771277     +Boston Blackies of Lincoln Park LLC,     1962 N Halsted,    Chicago, IL 60614-5009
14771278     +Boston Blackies of Riverside Plaza,     801 West Adams Street,    Suite 201,
               Chicago, IL 60607-3035
14771280     +Boston Blackies of Winnetka LLC,    801 West Adams Street,    Suite 201,    Chicago, IL 60607-3035
14771369    ++CHASE CARD SERVICES,     201 NORTH WALNUT STREET,    ATTN MARK PASCALE,    MAIL STOP DE1-1406,
               WILMINGTON DE 19801-2920
             (address filed with court: Washington Mutual,     c/o JP Morgan Chase Bank,    PO Box 660022,
               Dallas, TX 75266)
15150918     +CHRIST GIANNIS,    6424 TOWER COURT,    LINCOLNWOOD IL 60712-4208
15150919      COCA-COLA ENTERPRISES INC,    C/O AMERICAN CREDIT SYSTEMS INC,    400 W LAKE ST STE 111,
               POB 72849,    ROSELLE IL 60172-0849
14771282      Carlos Equizabal,    6131 N Medina Ave,    Chicago, IL 60647
14771283     +Carson's,    612 N Wells,   Chicago, IL 60654-3715
14771284     +Central Continental Bakery,    345 Scott St,    Elk Grove Village, IL 60007-1214
14771285     +Chris Giannis,    801 West Adams Street,    Suite 201,    Chicago, IL 60607-3035
15164563     +CoActiv Capital Partners Inc,    Deeb, Petrakis, Blum & Murphy, P.C.,
               1601 Market Street Suite 2600,    Philadelphia, PA 19103-2349
14771286     +Coactive Capital Partners, LLC,    d/b/a Quicklease c/o Dennis Miller,
               655 Business Ctr. Dr., Ste. 250,    Horsham, PA 19044-3448
14771287      Coca Cola Bottling,    6801 W. Jarvis Ave.,    Skokie, IL 60076
14771288     +Corporate Graphics,    5312 N Elston Ave,    Chicago, IL 60630-1611
14771289      Cruz Flores,    1301 B Kings Body,    Hanover Park, IL 60133
15150916     +DIRECTTV,    DIRECTV OFFICE OF GEN COUNSEL,    PO BOX 915,    EL SEGUNDO CA 90245-0915
15150917     +DONNA GIANNIS,    6424 TOWER COURT,   LINCOLNWOOD IL 60712-4208
14771290      Darien Means,    842 N Ainslie E2,    Chicago, IL 60640
14771291     +Datawave,    1440 N Kingsbury Ste 5,    Chicago, IL 60642-2690
14771293     +Donick Holdings, Inc,,    801 W Adams St,    Suite 201,    Chicago, IL 60607-3035
14771294     +Donna Giannis,    801 W Adams, Ste 201,    Chicago, IL 60607-3035
14771295    #+Dorota Rakowska,    4112 N Keystone 2W,    Chicago, IL 60641-2755
14771297     +Eduardo Velayace,    801 W Adams, Ste 201,    Chicago, IL 60607-3035
14771298     +Eleni Kalantzis,    3606 Jay Lane,    Rolling Meadows, IL 60008-2826
14771299     +Empire Cooler Service, Inc.,    940 W. Chicago Avenue,    Chicago, IL 60642-5494
14771300     +Ezequiel Galvan,    4855 Weber Dr,    Rolling Meadows, IL 60008-3463
14771301     +Florbierto Martinez Ramirez,    801 W Adams, Ste 201,    Chicago, IL 60607-3035
14771302     +Flumencio Gomez,    2018 W Algonquin,    Mount Prospect, IL 60056-4655
14771303      Gayle Watkins,    8814 N Windser,    Niles, IL 60714
14771304     +Gregorio Sandos,    618 Sheridan #3B,    Highwood, IL 60040-1066
14771305      Guillermo Mora,    741 Pipert Lane Apt 2B,    McHenry, IL 60050
14771306      Harlan Graphic Arts Services Inc,    PO Box 643806,    Cincinnati, OH 45264-3806
14771307     +Holly Brownstein,    2206 S Goebbert Apt 306,    Arlington Heights, IL 60005-4208
14771308      Hugo Morales,    2827 N Ashn,    Chicago, IL 60634
14771309     +IL Dept. of Employment Security,    33 S. State Street,    Chicago, IL 60603-2808
14771310    ++ILLINOIS DEPARTMENT OF REVENUE,    BANKRUPTCY DEPARTMENT,    P O BOX 64338,    CHICAGO IL 60664-0338
             (address filed with court: Illinois Department of Revenue,     101 W Jefferson St,
               Springfield, IL 62702)
14926407     +Illinois Department of Employment Security,     33 South State Street,
               Chicago, Illinois 60603-2808,    Attn: Bankruptcy Unit - 10th flr.
14814424      Illinois Department of Revenue,    Bankruptcy Section,    P.O. Box 64338,    Chicago, IL 60664-0338
14771311     +Inna Labintseva,    3722 Salem Apt BG,    Northbrook, IL 60062-8444
14771313     +Jacob Bul,    6206 N Hoyne Ave,   Chicago, IL 60659-3077
14771314     +Jamie Alanis,    5033 West Fletcher,    Chicago, IL 60641-5037
```

```
District/off: 0752-1          User: mmyers                Page 2 of 4                    Date Rcvd: Jul 17, 2014
                              Form ID: pdf006             Total Noticed: 129

14771315     +Jamie Dominguez,    801 W Adams, Ste 201,    Chicago, IL 60607-3035
14771316    #+Joanna Drosos,    7062 N Hamlin,    Lincolnwood, IL 60712-2546
14771317     +Jose Guadarrama,    1054 Gulf Rd,    Highland Park, IL 60035-3638
14771318     +Jose Perez,    801 W Adams, Ste 201,    Chicago, IL 60607-3035
14771320    #+Juan Medrano,    2708 W Fletcher,    Chicago, IL 60618-7112
14771321     +Juan Ponce,    4817 W Byron St,    Chicago, IL 60641-2713
14771322     +Juan Salinas,    77 West Strong St,    Wheeling, IL 60090-2867
14771323     +Kathy Monaco,    1502 S Yale,    Arlington Heights, IL 60005-3423
14771324      Laura Gallardo,    1301 B King Body,    Hanover Park, IL 60133
14771325     +Laureano Villareal,    4937 N St Louis Ave,    Chicago, IL 60625-5114
14771326     +Liene Feldman,    5317 N Hoyne #3,    Chicago, IL 60625-1198
15150913     +MARK SOLOMON LTD,    PO BOX 937,    NORTHBROOK IL 60065
14771328     +MacCarb,    4616 W Main St,    West Dundee, IL 60118-9414
14771329     +Major Appliance Service, Inc.,    4330 Prescott Ave.,    Lyons, IL 60534-1532
14771330     +Manuel Lozano,    564 Audry Lane,    Wheeling, IL 60090-4701
14771331     +Manuel Mora,    25399 W Columbia Way,    Lake Villa, IL 60046-9771
14771332     +Marcelino Rincon,    801 W ADAMS ST STE 201,    CHICAGO IL 60607-3035
14771333     +Marcelino Salinas,    626 Sheridan Rd #3C,    Highwood, IL 60040-1029
14771334     +Marco Martinez,    618 Sheridan #313,    Highwood, IL 60040-1052
14771279     +Mark Solomon Ltd,    PO Box 934,    Northbrook, IL 60065-0934
14771336     +Marlis Cronin,    4856 W Addison St Apt 3E,    Chicago, IL 60641-3685
14771337     +Miguel Perez,    801 W Adams, Ste 201,    Chicago, IL 60607-3035
14771338     +Miriana Jelebinkov,    7406 Arcadia,    Morton Grove, IL 60053-1763
15169529     +Morgan & Bley, Ltd.,    900 West Jackson Blvd.,    Suite 4 East,    Chicago, Illinois 60607-3745
15150915     +NICK GIANNIS,    6424 TOWER COURT,    LINCOLNWOOD IL 60712-4208
14771343     +NSN Employer Services,    PO Box 617665,    Chicago, IL 60661-7665
14771340     +Nick Giannis,    801 West Adams Street,    Suite 201,    Chicago, IL 60607-3035
14771341     +Nicolas Martinez,    1054 Gulf Ave,    Highland Park, IL 60035-3638
14771342     +Novin Bazel,    7521 N Kostner,    Skokie, IL 60076-3827
14771344     +Oscar Hernandez,    2456 N Nordica,    Elmwood Park, IL 60707-2108
14771345     +Oxford OBG-Waterton Skokie Hotel Pr,    Jonathan P Friedland,    Levenfeld Pearslstein, LLC,
               2 N LaSalle St Ste 1300,    Chicago, IL 60602-3709
14771346     +Peter Boggess,    639 N Meadows Blvd,    Addison, IL 60101-1688
14771347     +Peter Pan Restaurant Management and,    Consultants, Inc.,    612 N. Wells Street,
               Chicago, IL 60654-3715
14771350     +RBS Citizens, NA d/b/a Charter One,    c/o Riemer & Braunstein, LLP,    71 S. Wacker Dr., Ste. 3515,
               Chicago, IL 60606-4610
14771348      Radiant Systems,    PO Box 198755,    Atlanta, GA 30384-8755
14771349     +Rally Capital Services, LLC.,    350 N. LaSalle Street,    Suite 1100,    Chicago, IL 60654-5131
14771351     +Robert Pappas,    4300 W Lake St,    Glenview, IL 60026-1474
14771352     +Semir Dibra,    5720 N Lowel,    Chicago, IL 60646-5926
14771353     +Simon Santos,    618 Sheridan Rd Apt 3B,    Highwood, IL 60040-1066
14771354      Southern Wine & Spirits,    2971 Paysphere Circle,    Chicago, IL 60674-2971
14771355     +Stewarts Private Blend Foods, Inc.,    4110 Wrightwood Ave,    Chicago, IL 60639-2172
14771356     +Supreme Lobster & Seafood Company Inc,    220 E North Ave,    Villa Park, IL 60181-1207
14771357     +Suzanne Spallone,    566 Long Tree Dr,    Wheeling, IL 60090-5572
14771358     +Sysco Chicago Inc,    c/o McMahan R. Sigunick Ltd.,    412 S. Wells St, 6th Floor,
               Chicago, IL 60607-3972
15150911     +TRIMARK MARLINN,    6100 W 73RD ST SUITE 1,    BEDFORD PARK IL 60638-6107
14771359     +Tomas Guzman,    4134 N Richmond St,    Chicago, IL 60618-2614
14771360      Total Management Systems,    900 W Fullerton Ave,    Addison, IL 60101-3306
14771362     +TriMark Marlinn Inc,    Teller Levit & Silvertrust PC,    11 E Adams St #800,
               Chicago IL 60603-6324
17530942     +U.S. Foodservice, Inc.,    c/o Saul Ewing LLP,    1500 Market Street, 38th Floor,
               Philadelphia, PA 19102-2128,    Attn: J. Hampton/M. Rand
14771363     +US Food,    PO Box 98045,    Chicago, IL 60693-8045
14771364      Versa Foods, Inc.,    320 W Gerri Lane,    Addison, IL 60101-5012
15004583     +Vienna Beef Ltd,    2501 N Damen Ave,    Chicago IL 60647-2101,    c/o Kevin Andersen
14771366      Vienna Beef Ltd.,    8033 Solutions Center,    Chicago, IL 60677-8000
14771367     +Viktoriy Tonkoshkurova,    4055 N Elston Apt 3B,    Chicago, IL 60618-2161
14771368     +Walter J. Jr. Inc.,    2441 Seminary Ave,    Des Plaines, IL 60016-4843
14771370     +Waste Management,    PO Box 4648,    Carol Stream, IL 60197-4648
14771371      Wirtz Beverage Illinois Inc,    PO Box 809180,    Chicago, IL 60680-9180
14771372     +Wood Food Systems,    19127 W Casey Rd,    Libertyville, IL 60048-1078
14771373     +Yoana Penyashka,    6541 Webinger Dr,    Niles, IL 60714-4435
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
15150921     +E-mail/Text: g17768@att.com Jul 18 2014 01:12:16     AT&T,    BANKRUPTCY DEPARTMENT,    PO BOX 769,
               ARLINGTON TX 76004-0769
14771270     +E-mail/Text: g17768@att.com Jul 18 2014 01:12:16     AT&T,    P.O. Box 8100,
               Aurora, IL 60507-8100
14927244     +E-mail/Text: g17768@att.com Jul 18 2014 01:12:15     ILLINOIS BELL TELEPHONE CO,
               % JAMES GRUDUS, ESQ.,    AT&T SERVICES, INC.,    ONE AT&T WAY, ROOM 3A218,
               BEDMINSTER, N.J 07921-2694
14771312      E-mail/Text: cio.bncmail@irs.gov Jul 18 2014 01:12:49     Department of the Treasury,
               Internal Revenue Service,    PO Box 21126,    Philadelphia PA 19114
15150925      E-mail/Text: cio.bncmail@irs.gov Jul 18 2014 01:12:50     INTERNAL REVENUE SERVICE,
               MAIL STOP 5010 CHI,    230 S DEARBORN ST,    CHICAGO IL 60604
14771339      E-mail/Text: bridgetann_oxendine@muzak.com Jul 18 2014 01:12:04     MUZAK,    PO Box 71070,
               Charlotte, NC 28272-1070
```

Case 09-44734    Doc 231    Filed 07/17/14    Entered 07/19/14 23:36:50    Desc Imaged
Certificate of Notice    Page 9 of 10

```
District/off: 0752-1          User: mmyers              Page 3 of 4              Date Rcvd: Jul 17, 2014
                              Form ID: pdf006           Total Noticed: 129
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
16454401      +E-mail/Text: USTPREGION11.ES.ECF@USDOJ.GOV Jul 18 2014 01:13:18     U.S. Trustee,
               William T Neary,    Office of the U.S. Trustee, Region 11,   219 S Dearborn St,   Room 873,
               Chicago, IL 60604-2027
                                                                                              TOTAL: 7

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14939146*     +Illinois Department of Employment Security,    33 South State Street,
               Chicago, Illinois 60603-2808,    Attn: Bankruptcy Unit - 10th flr.
15150914*      MUZAK,   PO BOX 71070,    CHARLOTTE NC 28272-1070
14771335*      Mark Solomon, Ltd.,    PO Box 934,   Northbrook, IL 60065-0934
15150912*     +NSN EMPLOYER SERVICES,    PO BOX 617665,   CHICAGO IL 60661-7665
14771361*     +Total Management Systems, Inc.,    900 W. Fullerton Avenue,    Addison, IL 60101-3306
14771265     ##+Alvaro Rocha,   5243 W Cullon - Apt 1,    Chicago, IL 60641-1402
14771292     ##+David Johnson,    5415 N Sheridan Apt 3209,    Chicago, IL 60640-1983
14771296     ##+Dzina Yaskevich,    3738 N Nordica Ave,    Chicago, IL 60634-2323
14771319     ##+Juan Arizmendi,    3824 Pulaski,    Chicago, IL 60641-3139
14771327     ##+Lippert Inc,    600 W 172nd St,    South Holland, IL 60473-2719
14771365     ##+Veterans Linen Supply Co., INC.,    627 S 89th St,    Milwaukee, WI 53214-1399
                                                                              TOTALS: 0, * 5, ## 6
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 19, 2014                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 16, 2014 at the address(es) listed below:
```
              Beverly A Berneman    on behalf of Plaintiff    Boston Blackies of Skokie, Inc.
               baberneman@golanchristie.com,
               lreuther@golanchristie.com;mperez@golanchristie.com;myproductionss@gmail.com;tstephenson@golanchr
               istie.com
              Beverly A Berneman    on behalf of Debtor    Boston Blackies of Skokie, Inc.
               baberneman@golanchristie.com,
               lreuther@golanchristie.com;mperez@golanchristie.com;myproductionss@gmail.com;tstephenson@golanchr
               istie.com
              Brad J Pawlowski    on behalf of Creditor    Mark Solomon, Ltd brad@go2court.com
              Brenda Porter Helms, ESQ    brenda.helms@albanybank.com,    bhelms@ecf.epiqsystems.com
              Brenda Porter Helms, ESQ    on behalf of Trustee Brenda Porter Helms, ESQ
               brenda.helms@albanybank.com,    bhelms@ecf.epiqsystems.com
              Bryan K. Duplechain    on behalf of Debtor    Boston Blackies of Skokie, Inc.
               bduplechain@sanchezdh.com
              Bryan K. Duplechain    on behalf of Creditor    Coactive Capital Partners, Inc.
               bduplechain@sanchezdh.com
              Christopher B Lega    on behalf of Defendant    RBS Citizens, N.A. d/b/a Charter One
               chrislega@gmail.com,   chrislega@gmail.com
              Eileen M Sethna    on behalf of Debtor    Boston Blackies of Skokie, Inc. esethna@chuhak.com,
               rsaldivar@chuhak.com
              Eileen M Sethna    on behalf of Plaintiff    Boston Blackies of Skokie, Inc. esethna@chuhak.com,
               rsaldivar@chuhak.com
              J Mark Fisher    on behalf of Interested Party    Monarch BE LLC mfisher@schiffhardin.com,
               edocket@schiffhardin.com;sricciardi@schiffhardin.com
```

```
District/off: 0752-1           User: mmyers                Page 4 of 4              Date Rcvd: Jul 17, 2014
                               Form ID: pdf006             Total Noticed: 129
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
          Jeffrey D Ganz     on behalf of Defendant    RBS Citizens, N.A. d/b/a Charter One
           jganz@riemerlaw.com, saguado@riemerlaw.com
          Jeffrey D Ganz     on behalf of Creditor    RBS Citizens, N.A., d/b/a Charter One, successor by
           merger with Charter One Bank, N.A. jganz@riemerlaw.com, saguado@riemerlaw.com
          Jon C Vigano     on behalf of Interested Party    Monarch BE LLC jvigano@schiffhardin.com,
           edocket@schiffhardin.com;rkafferly@schiffhardin.com
          Jonathan P Friedland     on behalf of Creditor    Waterton LV Skokie Hotel, LLC
           jfriedland@lplegal.com, jthompson@lplegal.com
          Jonathan P Friedland     on behalf of Creditor    Oxford OBG - Waterton Skokie Hotel Property
           Company, LLC jfriedland@lplegal.com, jthompson@lplegal.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Peter  Bartoszek     on behalf of Interested Party    Monarch BE LLC pbartoszek@schiffhardin.com,
           edocket@schiffhardin.com
          Robert R Benjamin     on behalf of Debtor    Boston Blackies of Skokie, Inc.
           rrbenjamin@golanchristie.com,
           lreuther@golanchristie.com;mperez@golanchristie.com;myproductionss@gmail.com;tstephenson@golanchr
           istie.com;kkussmann@golanchristie.com
          Robert R Benjamin     on behalf of Plaintiff    Boston Blackies of Skokie, Inc.
           rrbenjamin@golanchristie.com,
           lreuther@golanchristie.com;mperez@golanchristie.com;myproductionss@gmail.com;tstephenson@golanchr
           istie.com;kkussmann@golanchristie.com
          Thomas M Lombardo     on behalf of Defendant    RBS Citizens, N.A. d/b/a Charter One
           tlombardo@dimontelaw.com
          Thomas M Lombardo     on behalf of Creditor    RBS Citizens, N.A., d/b/a Charter One, successor by
           merger with Charter One Bank, N.A. tlombardo@dimontelaw.com
                                                                                               TOTAL: 22
```