UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re:                                              §
                                                    §
BOSTON BLACKIES OF SKOKIE, INC.    §        Case No. 09-44734
                                                    §
        Debtor(s)                               §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

   BRENDA PORTER HELMS, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

   3) Total gross receipts of $             (see **Exhibit 1**), minus funds paid to the debtor and third parties of $        (see **Exhibit 2**), yielded net receipts of $             from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

   4) This case was originally filed under chapter    on           , and it was converted to chapter 7 on           . The case was pending for    months.

   5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

   6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

   Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

   Dated: _____     By:/s/BRENDA PORTER HELMS, TRUSTEE_____
                                                                Trustee

   **STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 20 | COACTIVE CAPITAL PARTNERS, INC. |  |  |  |  |  |
| 16 | DEPARTMENT OF TREASURY |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 10 | ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| 12 | ILLINOIS DEPT. OF EMPLOYMENT SECURI | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| THE HELMS LAW FIRM P.C. | | | | | |
| THE HELMS LAW FIRM P.C. | | | | | |
| INTRENATIONAL SURETIES LTD. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| ILLINOIS DEPT OF EMPLOYMENT SECURIT | | | | | |
| US TRUSTEE | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| QUERRY & HARROW | | | | | |
| QUERRY & HARROW | | | | | |
| PRUDENTIAL TAX | | | | | |
| COACTIVE CAPITAL PARTNERS | | | | | |
| MARK SOLOMON | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | A. Luna | | | | | |
| | A. Payne | | | | | |
| | A. Paz | | | | | |
| | A. Perez | | | | | |
| | A. Rocha | | | | | |
| | A. Zagone | | | | | |
| | C. Equizabal | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | C. Flores | | | | | |
| | D. Johnson | | | | | |
| | D. Means | | | | | |
| | D. Rakowska | | | | | |
| | D. Yaskevich | | | | | |
| | E. Galvan | | | | | |
| | E. Kalantzis | | | | | |
| | E. Velayace | | | | | |
| | F. Gomez | | | | | |
| | F.M. Ramirez | | | | | |
| | G. Mora | | | | | |
| | G. Sandos | | | | | |
| | G. Watkins | | | | | |
| | H. Brownstein | | | | | |
| | H. Morales | | | | | |
| | I. Labintseva | | | | | |
| | IRS | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | J. Alanis | | | | | |
| | J. Arizmendi | | | | | |
| | J. Bul | | | | | |
| | J. Dominguez | | | | | |
| | J. Drosos | | | | | |
| | J. Guadarrama | | | | | |
| | J. Medrano | | | | | |
| | J. Perez | | | | | |
| | J. Ponse | | | | | |
| | J. Salinas | | | | | |
| | K. Monaco | | | | | |
| | L. Feldman | | | | | |
| | L. Gallando | | | | | |
| | L. Villareal | | | | | |
| | M. Cronin | | | | | |
| | M. Jelebinkov | | | | | |
| | M. Lozano | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | M. Martinez | | | | | |
| | M. Martinez | | | | | |
| | M. Mora | | | | | |
| | M. Perez | | | | | |
| | M. Rincon | | | | | |
| | M. Salinas | | | | | |
| | N. Bazel | | | | | |
| | O. Hernandez | | | | | |
| | P. Boggess | | | | | |
| | R. Pappass | | | | | |
| | S. Dibra | | | | | |
| | S. Santos | | | | | |
| | S. Spallone | | | | | |
| | T. Guzman | | | | | |
| | V. Tonkoshkunova | | | | | |
| | Y. Penyashka | | | | | |
| 16B | DEPT. OF TREASURY | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| 10B | ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| 11 | ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| 18 | ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| 22 | ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| 28 | ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| 12B | ILLINOIS DEPT. OF EMPLOYMENT SECURI | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Alsco Linen | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Ambius, Inc. | | | | | |
| | Bank of America | | | | | |
| | Becker Dairy | | | | | |
| | Boston Blackies Lincoln Park | | | | | |
| | Boston Blackies Management | | | | | |
| | Boston Blackies Properties I | | | | | |
| | Boston Blackies Properties II | | | | | |
| | Boston Blackies Properties IV | | | | | |
| | C. Giannis | | | | | |
| | Carsons | | | | | |
| | Central Cont. Bakery | | | | | |
| | Coca Cola Bottling | | | | | |
| | Coca Cola Enterprises | | | | | |
| | Corporate Graphics | | | | | |
| | D. Giannis | | | | | |
| | D. Giannis | | | | | |
| | Data Wave | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Directv | | | | | |
| | Harlan Graphics Art Serv. | | | | | |
| | Lippert Inc. | | | | | |
| | Major Appliance Serv. | | | | | |
| | Muzak | | | | | |
| | N. Giannis | | | | | |
| | NSN Emp. Serv. | | | | | |
| | Radiant Systems | | | | | |
| | Stewarts Private Blend | | | | | |
| | Total Management Systems | | | | | |
| | Versa Food | | | | | |
| | Veterans Linen Supply | | | | | |
| | Walter J. Jr. | | | | | |
| | Washington Mutual | | | | | |
| 7 | A NEW DAIRY, INC. | | | | | |
| 17 | ALPHA BAKING | | | | | |
| 16C | DEPT. OF TREASURY | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 9 | ILLINOIS BELL TELEPHONE CO. | | | | | |
| 10C | ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| 11B | ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| 1B | ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| 12C | ILLINOIS DEPT. OF EMPLOYMENT SECURI | | | | | |
| 5 | MACCARB | | | | | |
| 15 | MARK SOLOMON, LTD. | | | | | |
| 27 | MARK SOLOMON, LTD. | | | | | |
| 21 | MORGAN & BLEY, LTD. | | | | | |
| 13 | RALLY CAPITAL SERVICES, LLC | | | | | |
| 19B | RBS CITIZENS, NA D/B/A CHARTER ONE | | | | | |
| 19 | RBS CITIZENS, NA DBA CHARTER ONE | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | SOUTHERN WINE & SPIRITS | | | | | |
| 26 | SUPREME LOBSTER & SEAFOOD COMPANY | | | | | |
| 6 | SYSCO CHICAGO, INC. | | | | | |
| 4 | SYSTEMS, WOOD FOOD | | | | | |
| 2 | TRIMARK MARLINN INC. | | | | | |
| 24 | U.S. FOODSERVICE, INC. | | | | | |
| 14 | VIENNA BEEF LTD. | | | | | |
| 25 | WIRTZ BEVERAGE IL, INC. | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 09-44734 | JS | Judge: JACK B. SCHMETTERER | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|---|---|
| Case Name: | BOSTON BLACKIES OF SKOKIE, INC. | | | | Date Filed (f) or Converted (c): | 11/12/10 (c) |
| | | | | | 341(a) Meeting Date: | 12/15/10 |
| For Period Ending: | 02/18/15 | | | | Claims Bar Date: | 10/03/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. CASH ON HAND | 500.00 | 0.00 | | 0.00 | FA |
| 2. BANK ACCOUNTS | 12,963.00 | 0.00 | | 33,485.42 | FA |
| 3. SECURITY DEPOSITS | 1,565.00 | 0.00 | | 0.00 | FA |
| 4. ACCOUNTS RECEIVABLE | 300.00 | 0.00 | | 0.00 | FA |
| 5. LICENSES | 3.00 | 0.00 | | 0.00 | FA |
| 6. OFFICE EQUIPMENT, FURNISHINGS, AND | 6,019.00 | 0.00 | | 0.00 | FA |
| 7. MACHINERY, FIXTURES, AND BUSINESS E | 73,600.00 | 0.00 | | 0.00 | FA |
| 8. INVENTORY | 30,891.00 | 0.00 | | 3,278.91 | FA |
| 9. Post-Petition Interest Deposits (u) | Unknown | 0.00 | | 5.43 | FA |
| 10. Accounts receivable from Boston Blackies Mgmt. (u) | 197,639.27 | 0.00 | | 0.00 | FA |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $323,480.27 | $0.00 | | $36,769.76 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TFR filed; final hearing held; final distribution made 8/28/14. Status on filing of TDR scheduled for 12/31/14

Initial Projected Date of Final Report (TFR): 12/30/14     Current Projected Date of Final Report (TFR): 12/30/14

LFORM1                                                                                           Ver: 18.04

**UST Form 101-7-TDR (5/1/2011)** *(Page: 14)*

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: | 09-44734 -JS |
| Case Name: | BOSTON BLACKIES OF SKOKIE, INC. |
| Taxpayer ID No: | *******4243 |
| For Period Ending: | 02/18/15 |

| | |
|---|---|
| Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******1251  Checking - Non Interest |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/14/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 36,583.96 | | 36,583.96 |
| 02/15/13 | 010001 | International Sureties Ltd | Bond #016026455 | 2300-000 | | 32.74 | 36,551.22 |
| 02/15/14 | 010002 | International Sureties Ltd | Bond premiun bond #016026455 | 2300-000 | | 34.73 | 36,516.49 |
| | | 701 Polydras St.  #420 | | | | | |
| | | New Orleans LA 70139 | | | | | |
| 08/28/14 | 010003 | The Helms Law Firm P.C. | Chapter 7 Compensation/Fees | 2100-000 | | 4,426.98 | 32,089.51 |
| 08/28/14 | 010004 | The Helms Law Firm P.C. | Chapter 7 Expenses | 2200-000 | | 67.31 | 32,022.20 |
| 08/28/14 | 010005 | US Trustee | Claim 23, Payment 100.00000% | 2950-000 | | 14,300.00 | 17,722.20 |
| | | Office of the US Trustee, Region 11 | | | | | |
| | | 219 S. Dearborn St. | | | | | |
| | | Room 873 | | | | | |
| | | Chicago, IL 60604 | | | | | |
| 08/28/14 | 010006 | QUERRY & HARROW | Attorney for D-I-P Fees (Chapter 11 | 6210-160 | | 5,231.46 | 12,490.74 |
| 08/28/14 | 010007 | QUERRY & HARROW | Attorney for D-I-P Expenses (Chapte | 6220-170 | | 285.89 | 12,204.85 |
| 08/28/14 | 010008 | Prudential Tax | Accountant for Trustee/D-I-P Fees ( | 6410-000 | | 4,106.25 | 8,098.60 |
| 08/28/14 | 010009 | Mark Solomon | Other Professional Expenses (Prior | 6710-000 | | 3,209.95 | 4,888.65 |
| 08/28/14 | 010010 | COACTIVE CAPITAL PARTNERS | Other Professional Expenses (Prior | 6710-000 | | 4,888.65 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | | 36,583.96 | 36,583.96 | 0.00 |
| Less:  Bank Transfers/CD's | | 36,583.96 | 0.00 | |
| Subtotal | | 0.00 | 36,583.96 | |
| Less:  Payments to Debtors | | | 0.00 | |
| Net | | 0.00 | 36,583.96 | |

Page Subtotals     36,583.96     36,583.96

Ver: 18.04

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 15)

FORM 2      Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD      Exhibit 9

| Case No: | 09-44734 -JS | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|
| Case Name: | BOSTON BLACKIES OF SKOKIE, INC. | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******5770  Money Market - Interest Bearing |
| Taxpayer ID No: | *******4243 | | | |
| For Period Ending: | 02/18/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/05/11 | 2 | Boston Blackies | turnover from chapter 11 case | 1129-000 | 19,932.75 | | 19,932.75 |
| 03/05/11 | 2 | Boston Blackies of Skokie | turnover of chapter 11 funds | 1129-000 | 13,552.67 | | 33,485.42 |
| 03/31/11 | 9 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.20 | | 33,485.62 |
| 04/29/11 | 9 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.27 | | 33,485.89 |
| 05/31/11 | 9 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.29 | | 33,486.18 |
| 06/30/11 | 9 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.28 | | 33,486.46 |
| 07/18/11 | 8 | Boston Blackies of Lake Cook | sale/transfer of liquor at closing | 1129-000 | 3,278.91 | | 36,765.37 |
| 07/29/11 | 9 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.29 | | 36,765.66 |
| 08/31/11 | 9 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.31 | | 36,765.97 |
| 09/30/11 | 9 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.30 | | 36,766.27 |
| 10/31/11 | 9 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.31 | | 36,766.58 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 46.84 | 36,719.74 |
| 11/30/11 | 9 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.30 | | 36,720.04 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 45.27 | 36,674.77 |
| 12/30/11 | 9 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.31 | | 36,675.08 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 45.22 | 36,629.86 |
| 01/31/12 | 9 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.31 | | 36,630.17 |
| 02/29/12 | 9 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.29 | | 36,630.46 |
| 02/29/12 | 000101 | Intrenational Sureties Ltd. | Trustee bond | 2300-000 | | 48.47 | 36,581.99 |
| 03/30/12 | 9 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.30 | | 36,582.29 |
| 04/30/12 | 9 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.31 | | 36,582.60 |
| 05/31/12 | 9 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.31 | | 36,582.91 |
| 06/29/12 | 9 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.29 | | 36,583.20 |
| 07/31/12 | 9 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.32 | | 36,583.52 |
| 08/31/12 | 9 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.31 | | 36,583.83 |
| 09/14/12 | 9 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.13 | | 36,583.96 |
| 09/14/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 36,583.96 | 0.00 |

Page Subtotals      36,769.76      36,769.76

Ver: 18.04

FORM 2

Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 09-44734 -JS | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|
| Case Name: | BOSTON BLACKIES OF SKOKIE, INC. | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******5770  Money Market - Interest Bearing |
| Taxpayer ID No: | *******4243 | | | |
| For Period Ending: | 02/18/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 36,769.76 | 36,769.76 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 36,583.96 | |
| Subtotal | 36,769.76 | 185.80 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 36,769.76 | 185.80 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking - Non Interest - ********1251 | 0.00 | 36,583.96 | 0.00 |
| Money Market - Interest Bearing - ********5770 | 36,769.76 | 185.80 | 0.00 |
| | ----------------------- | ----------------------- | ----------------------- |
| | 36,769.76 | 36,769.76 | 0.00 |
| | =============== | =============== | =============== |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals       0.00       0.00

Ver: 18.04